# UNITED STATES DISTRICT COURT
## District of Minnesota

Yousef Hussein,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Samuel J. Olson, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-716 LMP/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Yousef H.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. The Court **DECLARES** that Yousef H. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

   b. The Government is **ORDERED** to provide Yousef H. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than February 6, 2026.

   c. If the Government does not provide Yousef H. with a bond redetermination hearing by February 6, 2026, as required by this Order, the Government is **ORDERED** to release Yousef H. from detention immediately.

d. No later than February 9, 2026, the Government is **ORDERED** to provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Yousef H.'s release.

Date: 1/30/2026

KATE M. FOGARTY, CLERK